IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC.<br><br>        Plaintiff,<br><br>        v.<br><br>MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 16-1255 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## **AMENDED JUDGMENT**

In accordance with the Judgment of the Court of Appeals for the Federal Circuit in *Millennium Pharmaceuticals, Inc. v. Sandoz Inc. et al.*, C.A. No. 15-2066, IT IS HEREBY ORDERED and ADJUDGED that final judgment is hereby entered in favor of plaintiff Millennium Pharmaceuticals, Inc., and against MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc. ("Defendants"). The Court further finds and orders as follows:

1. The filing of Defendants' Abbreviated New Drug Application ("ANDA") No. 209622 infringes, and the product for which approval is sought therein would infringe, claims 20, 31, 49, and 53 of U.S. Patent No. 6,713,446 (the "Asserted Claims");

2. the Asserted Claims are not invalid;

3. pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any Food and Drug Administration approval of ANDA No. 209622 shall not be earlier than the date of expiration of the '446 patent, including any applicable exclusivities and extensions;

4. pursuant to 35 U.S.C. § 271(e)(4)(B), Defendants, their officers, agents, attorneys, and employees, and those acting in privity or concert with any of them, are hereby enjoined from engaging in the commercial manufacture, use, offer to sell, or sale with the United States, or importation into the United States of the ANDA Products prior to the expiration of the '446 patent; and

5. the parties shall bear their own costs, expenses, and attorneys' fees.

Dated: 1/19/16

_____
UNITED STATES DISTRICT JUDGE